

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00701-CV

**SAN ANTONIO INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Veronica **CONTRERAS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI15796
Honorable Elma T. Salinas-Ender, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED with costs of the appeal taxed against appellant San Antonio Independent School District. *See id.* R. 42.1(d).

SIGNED November 27, 2024.

Luz Elena D. Chapa, Justice